```
                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**JESUS AREN GALO**                                                  CIVIL ACTION

**VERSUS**                                                           NUMBER: 10-3343

**MARLIN N. GUSMAN**                                                 SECTION: "S"(5)

<u>ORDER</u>

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly, **IT IS ORDERED** that plaintiff's suit is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this 3rd day of February, 2014.

                                              UNITED STATES DISTRICT JUDGE